**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 17-CR-185 (BAH)** |
| | : | |
| **v.** | : | |
| | : | |
| **MARTIN PARTIDA-CEJA,** | : | |
| | : | |
| **also known as "Martin,"** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

**JOINT MOTION TO CONTINUE**

The United States of America ("Government") and Defendant Martin Partida-Ceja ("Defendant"), by and through the undersigned counsel (the "parties"), hereby request that the Court continue the status hearing, currently scheduled for December 2, 2025, to the week of March 2, 2026, or anytime thereafter that is amenable to the Court. The parties further respectfully request that the Court issue an Order excluding time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

The parties have continued to review the discovery and discuss a potential resolution of this case short of trial. This case involves voluminous discovery, much of which is in Spanish and therefore requires additional effort to meaningfully review and translate for the parties' use. In light of the fact that the parties are continuing to confer, the parties believe that another joint status report filed in approximately 90 days would afford the parties additional time to meaningfully update the Court of how they would like to proceed with the ultimate disposition of this matter.

The parties additionally request that the Court exclude time, through the date of the next status hearing, from the Court's calculation of the time within which trial should commence pursuant to 18 U.S.C. § 3161(h)(7)(A). Specifically, the parties submit that this continuance would

2

serve the ends of justice by affording the parties reasonable time necessary for effective preparation.

Respectfully submitted this 17th day of November, 2025 by:

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

MARGARET A. MOESER, Chief
Money Laundering, Narcotics and Forfeiture
Section
Criminal Division
U. S. Department of Justice

      /s/Tezira Abe
Tezira Abe
Scott Krischke
625 Indiana Ave., NW
Suite 550
Washington, D.C. 20004
Tel: (202) 208-7500
Email: Tezira_Abe@fd.org
Email: Scott_Krischke@fd.org
*Counsel for the Defendant*

       /s/ Douglas Meisel
Douglas Meisel
Lernik Begian
Katilin Sahni
Trial Attorneys
Money Laundering, Narcotics and Forfeiture
Section
Criminal Division
U.S. Department of Justice
1400 New York Avenue, NW
Washington, D.C. 20530
Tel.:    (202) 598-2281
Email: douglas.meisel@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing was sent via ECF to the Defendant's counsel on record this17th day of November 2025.

*/s/ Douglas Meisel*
Douglas Meisel
Trial Attorney
Money Laundering, Narcotics and Forfeiture Section
Criminal Division
U.S. Department of Justice
